# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ARTHUR LEE LEWIS,

                Plaintiff,

v.

DANIEL MANIER, WAYNE MOE,
ROBERT MIEHLKE III, MATTHEW
JAMES ADAMS, PALO SOAVE,
BRANDON KARSEN, ANDREW
MOLDENHAUER, CHRISTOPHER
MOERSCHELL, JOHN DOE, in their
individual and official capacities, the
COUNTY OF OAKLAND, and Oakland
County Sheriff MICHAEL BOUCHARD,
in his official capacity, jointly and severally,

                Defendants.

Case No. 15-cv-10363

Judge Laurie J. Michelson
Magistrate Judge Michael J. Hluchaniuk

_____/

| | |
|---|---|
| MICHAEL J. KEMNITZ (P57227) | MARY M. MARA (P45114) |
| Michael J. Kemnitz, P.C. | DAVID N. ASMAR (P74069) |
| *Attorney for Plaintiff* | Oakland County Corporation Counsel |
| 645 Griswold, Suite 1717 | *Attorneys for Defendants* |
| Detroit, MI 48226 | 1200 N. Telegraph Rd., Bldg. 14E |
| (313) 967-0100 | Pontiac, MI 48341-0419 |
| mkemnitz@sbcglobal.net | (248) 975-9616; maram@oakgov.com |
| | (248) 858-0456; asmard@oakgov.com |
| | (248) 858-1003 Fax |

_____/

## PLAINTIFF'S WITNESS LIST

NOW COMES PLAINTIFF ARTHUR LEWIS, by and through his undersigned counsel, and hereby submits the following as his list of witnesses for trial:

1. Plaintiff Arthur Lewis.

2. All Defendants.

3. Sheyennne Buentello, 11912 Creekside Lane, Brighton, Michigan 481145.

4. Joshua Buentellow, 11912 Creekside Lane, Brighton, Michigan 481145.

5. Sherry Lewis 305 Washington, South Lyon, Michigan.

6. Thomas Vida, 1201 N. Telegraph, Pontiac, MI 48341.

7. Lena Gaines, 1201 N. Telegraph, Pontiac, MI 48341.

8. Anthony Muehlhausen.

9. Jason Richards.

10. Randy White.

11. James Coates.

12. All health care providers who provided services to and/or treated Plaintiff in connection with the injuries sustained on February 15, 2013, including but not limited to:

    a. Matthew J, Compton, MD, Huron Valley Hospital, 1 William Carls Dr, Commerce Charter Twp, MI 48382.

    b. Anne E Lee, DO, Huron Valley Hospital, 1 William Carls Dr, Commerce Charter Twp, MI 48382.

    c. Adnan A Fateh, MD, Huron Valley Hospital, 1 William Carls Dr, Commerce Charter Twp, MI 48382.

  d.  Kathleen Hnot, ARRT, Huron Valley Hospital, 1 William Carls Dr, Commerce Charter Twp, MI 48382.

  e.  Jeffery L. Provizer, DO, Pontiac Trail Medical Center, 620 N. Pontiac Trail, Walled Lake, MI 48390

  f.  Gary M. Hollander, DO, Pontiac Trail Medical Center, 620 N. Pontiac Trail, Walled Lake, MI 48390

  g.  E. Patrick Mitchell, DO, 1 William Carls Dr, Suite 120, Commerce Twp, MI 48382,

  h.  Rita R. Khaneja, DO) 29600 S. Wixom Rd., Wixom, MI 8393.

13. Keeper of records for the following:

  a.  Huron Valley Hospital

  b.  Pontiac Trail Medical Center

  c.  SMC Medical Group

  d.  Wixom Health Center

  e.  Oakland County

  f.  Oakland County Jail

  g.  Oakland County Sheriff Department

14. Any and all witnesses named on Defendants' witness lists.

15. Any and all necessary rebuttal witnesses.

16. Any and all necessary expert witnesses. Because Defendants have failed to provide substantive responses to Plaintiff's discovery requests as of the filing of this witness list, Plaintiff is presently unable to determine what experts will be necessary in this matter. Plaintiff will timely supplement this Witness List once Defendants have provided that discovery and when the determination of which experts will testify can be made.

17.     Plaintiff reserves the right to amend this witness list as additional issues and individuals are identified and developed through the process of discovery.   Plaintiff further reserves the right to provide additional contact information for each of the above witnesses as it is learned through the course of discovery.

Respectfully submitted,


 /s/   Michael J. Kemnitz
MICHAEL J. KEMNITZ (P57227)
Attorney for Plaintiff
645 Griswold, Suite 1717
Detroit, Michigan 48226
mkemnitz@sbcglobal.net
(313) 967-0100

Dated: August 24, 2016

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notice of said filing to all attorneys of record.

Respectfully submitted,

/s/ *Michael Kemnitz*
Michael Kemnitz (P57227)
Attorney for Plaintiff
645 Griswold, Suite, 1717
Detroit, Michigan 48226
(313) 967-0100

Dated: August 24, 2016