# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ARTHUR LEE LEWIS,

     Plaintiff,

v.

DANIEL MANIER, WAYNE MOE,
ROBERT MIEHLKE III, MATTHEW
JAMES ADAMS, PALO SOAVE,
BRANDON KARSEN, ANDREW
MOLDENHAUER, CHRISTOPHER
MOERSCHELL, JOHN DOE, in their
individual and official capacities, the
COUNTY OF OAKLAND, and Oakland
County Sheriff MICHAEL BOUCHARD,
in his official capacity, jointly and severally,

     Defendants.

Case No. 15-cv-10363

Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

_____/

| | |
|---|---|
| MICHAEL J. KEMNITZ (P57227) | MARY M. MARA (P45114) |
| Michael J. Kemnitz, P.C. | DAVID N. ASMAR (P74069) |
| *Attorneys for Plaintiff* | Oakland County Corporation Counsel |
| 645 Griswold St., Suite 1717 | *Attorneys for Defendants* |
| Detroit, MI 48226 | 1200 N. Telegraph Rd., Bldg. 14E |
| (313) 967-0100 | Pontiac, MI 48341-0419 |
| mkemnitz@sbcglobal.net | (248) 975-9616; maram@oakgov.com |
| | (248) 858-0456; asmard@oakgov.com |
| | (248) 858-1003 Fax |

_____/

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The Parties, by and through their respective counsel, respectfully move this

Honorable Court, pursuant to Fed. R. Civ. P. 16(b)(4), to modify the Scheduling

Order (Dkt. #24) by extending the deadline for completing discovery and other events by ninety (90) days.  In support thereof, the Parties state the following:

1.　　The Parties seek to extend the discovery cutoff, expert discovery cutoff, dispositive motion cutoff, and the deadline for challenges to experts by ninety (90) days, as follows:

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cutoff | October 24, 2016 | January 23, 2017; |
| Expert Discovery Cutoff | November 23, 2016 | February 21, 2017; |
| Dispositive Motion Cutoff | January 9, 2017 | April 10, 2017; |
| Challenges to Experts | January 9, 2017 | April 10, 2017. |

2.　　The Parties have been diligent in pursuing discovery, but delays have occurred due in large part to the large number of individual Defendants and the limited number of personnel in the Sheriff's Office who are capable of producing the documents requested by Plaintiff, which, from Plaintiff's perceptive, were necessary before meaningful depositions could be conducted.  Nevertheless, the Parties have exchanged well over one thousand documents.

3.　　In addition, Defendants' counsel, David N. Asmar, expects his spouse to give birth to their child sometime during the last week of November, 2016, at which time he intends to use six weeks of parental leave to take time off work and care for his wife and child; the proposed extension would allow Mr. Asmar to

continue assisting the Defendants with discovery and preparing any dispositive motions upon his return to work.

4.      The Parties have exchanged written discovery, and are prepared to take depositions.

5.      This is the first request of any Party for an extension of the Scheduling Order.

6.      In accordance with E.D. Mich. LR 7.1(a), the Parties have conferred and jointly request this extension.

WHEREFORE, for the reasons herein, the Parties respectfully request that this Honorable Court grant the Parties' joint motion and extend the discovery cutoff, expert discovery cutoff, dispositive motion cutoff, and the deadline for challenges to experts by ninety (90) days.


Jointly submitted:

| | |
|---|---|
| Michael J. Kemnitz, P.C. | Oakland County Corporation Counsel |
| | |
| */s/Michael Kemnitz* | */s/David N. Asmar* |
| Michael J. Kemnitz | David N. Asmar |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 645 Griswold St., Suite 1717 | 1200 N. Telegraph Rd., Bldg. 14E |
| Detroit, MI 48226 | Pontiac, MI 48341-0419 |
| (313) 967-0100 | (248) 858-0456 |
| mkemnitz@sbcglobal.net | asmard@oakgov.com |
| P57227 | P74069 |
| | |
| Dated: October 24, 2016 | Dated: October 24, 2016 |

3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ARTHUR LEE LEWIS,

      Plaintiff,

v.

DANIEL MANIER, WAYNE MOE,
ROBERT MIEHLKE III, MATTHEW
JAMES ADAMS, PALO SOAVE,
BRANDON KARSEN, ANDREW
MOLDENHAUER, CHRISTOPHER
MOERSCHELL, JOHN DOE, in their
individual and official capacities, the
COUNTY OF OAKLAND, and Oakland
County Sheriff MICHAEL BOUCHARD,
in his official capacity, jointly and severally,

      Defendants.

Case No. 15-cv-10363

Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

_____/

| | |
|---|---|
| MICHAEL J. KEMNITZ (P57227) | MARY M. MARA (P45114) |
| Michael J. Kemnitz, P.C. | DAVID N. ASMAR (P74069) |
| *Attorneys for Plaintiff* | Oakland County Corporation Counsel |
| 645 Griswold St., Suite 1717 | *Attorneys for Defendants* |
| Detroit, MI 48226 | 1200 N. Telegraph Rd., Bldg. 14E |
| (313) 967-0100 | Pontiac, MI 48341-0419 |
| mkemnitz@sbcglobal.net | (248) 975-9616; maram@oakgov.com |
| | (248) 858-0456; asmard@oakgov.com |
| | (248) 858-1003 Fax |

_____/

## BRIEF IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINES

## CONCISE STATEMENT OF ISSUE PRESENTED

I.     Whether the discovery cutoff, expert discovery cutoff, dispositive motion cutoff, and the deadline for challenges to experts as provided in the Scheduling Order (Dkt. #24) may be extended by ninety (90) days?

## **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

I.      Fed. R. Civ. P. 16(b)(4) – governs modifying a scheduling order, and states that "[a] schedule may be modified only for good cause and with the judge's consent."

## ARGUMENT

For the reasons stated in the Parties' joint motion, the Parties respectfully request that this Honorable Court modify the Scheduling Order (Dkt. #24) by extending the discovery cutoff, expert discovery cutoff, dispositive motion cutoff, and the deadline for challenges to experts by ninety (90) days.

Jointly submitted:

Michael J. Kemnitz, P.C.                              Oakland County Corporation Counsel


*/s/Michael Kemnitz*                                    */s/David N. Asmar*
 Michael J. Kemnitz                                     David N. Asmar
*Attorney for Plaintiff*                                *Attorney for Defendants*
645 Griswold St., Suite 1717                            1200 N. Telegraph Rd., Bldg. 14E
Detroit, MI 48226                                       Pontiac, MI 48341-0419
(313) 967-0100                                          (248) 858-0456
mkemnitz@sbcglobal.net                                  asmard@oakgov.com
P57227                                                  P74069

Dated: October 24, 2016                                 Dated: October 24, 2016

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, I electronically filed the foregoing paper (Joint Motion to Extend Discovery Deadlines, and Brief in Support) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

/s/ David N. Asmar
David N. Asmar (P74069)
Oakland County Corporation Counsel
*Attorney for Defendants*
1200 N. Telegraph Rd., Bldg. 14E
Pontiac, MI 48341-0419
(248) 858-0456
asmard@oakgov.com

Dated: November 1, 2016

2