## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ARTHUR LEE LEWIS,

      Plaintiff,

v.

DANIEL MANIER, WAYNE MOE,
ROBERT MIEHLKE III, MATTHEW
JAMES ADAMS, PALO SOAVE,
BRANDON KARSEN, ANDREW
MOLDENHAUER, CHRISTOPHER
MOERSCHELL, JOHN DOE, in their
individual and official capacities, the
COUNTY OF OAKLAND, and Oakland
County Sheriff MICHAEL BOUCHARD,
in his official capacity, jointly and severally,

      Defendants.

Case No. 15-cv-10363

Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties,

through counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and

without costs to any party.

                                 s/Laurie J. Michelson
                                 LAURIE J. MICHELSON

Dated: May 26, 2017                 U.S. DISTRICT JUDGE

THE PARTIES STIPULATE TO THE ENTRY OF THE ABOVE ORDER:


*/s/ with consent of Michael J. Kemnitz*
Michael J. Kemnitz
Michael J. Kemnitz, P.C.
645 Griswold St., Suite 1717
Detroit, MI 48226
(313) 967-0100
mkemnitz@sbcglobal.net
Attorney Bar No. P57227


*Attorney for Plaintiff*


Dated:  May 24, 2017

*/s/ Mary M. Mara*
Mary M. Mara
Oakland County Corporation Counsel
1200 N. Telegraph Rd., Bldg. 14E
Pontiac, MI 48341-0419
(248) 975-9616
maram@oakgov.com
Attorney Bar No. P45114


*/s/ David N. Asmar*
David N. Asmar
Oakland County Corporation Counsel
1200 N. Telegraph Rd., Bldg. 14E
Pontiac, MI 48341-0419
(248) 858-0456
asmard@oakgov.com
Attorney Bar No. P74069


*Attorneys for Defendants*


Dated:  May 22, 2017